UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-61494-AHS

HOWARD COHAN,

    Plaintiff,

vs.

GRIECO AUTOMOTIVE MANAGEMENT LLC
a Florida Limited Liability Company
d/b/a GRIECO CHEVROLET OF LAUDERHILL,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, GRIECO AUTOMOTIVE MANAGEMENT LLC, a Florida Limited Liability Company, d/b/a GRIECO CHEVROLET OF LAUDERHILL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED October 23, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kenneth L. Paretti** |
| Gregory S. Sconzo, Esq. | Kenneth L. Paretti, Esquire |
| Florida Bar No.: 0105553 | Florida Bar No. 779301 |
| Sconzo Law Office, P.A. | QUINTON & PARETTI, P.A. |
| 3825 PGA Boulevard, Suite 207 | 1 SE 3rd Avenue, Suite 1405 |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | PH: (305) 358-2727 |
| Facsimile: (561) 491-9459 | FAX: (305) 358-0779 |
| Email: greg@sconzolawoffice.com | E-MAIL: kparetti@quintonparetti.com |
| Email: alexa@sconzolawoffice.com | lpena@quintonparetti.com |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**